FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
03 MAY 29  AM 8: 25

GARY D. McFARLAND
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF MAGISTRATE    )    GENERAL ORDER NO. 2003-03
JUDGE GOSSETT'S DOCKET,         )

Recognizing that F.A. Gossett was appointed and sworn in as a United States Magistrate Judge on May 29, 2003, replacing Magistrate Judge Kathleen A. Jaudzemis,

IT IS ORDERED that:

1.   All cases previously assigned to Magistrate Judge Jaudzemis are herewith reassigned to Magistrate Judge Gossett, and he shall be substituted for Magistrate Judge Jaudzemis in the judge draw program.

2.   Magistrate Judge Gossett shall be paired with Judge Smith Camp for the management of civil and criminal cases on Judge Smith Camp's docket.

3.   New civil cases randomly assigned to Judge Smith Camp shall be assigned to Magistrate Judge Gossett for pretrial management in accordance with NELR 72.1 and NELR 72.2.

4.   New criminal cases shall be assigned to Magistrate Judge Gossett for pretrial management on a random basis according to the procedures of the court.

5.   This order is effective on May 29, 2003. The Clerk of Court shall take all such steps as are necessary to implement this order. In addition, the Clerk of the Court shall provide notice of this order to counsel or parties in all cases which are reassigned to Magistrate Judge Gossett and for which there are currently matters pending. Notice need not be given in closed cases for which there are no matters pending.

May 29, 2003.

BY THE COURT:

s/Richard G. Kopf
Chief United States District Judge